Hal FULENWIDER, Jr., and Marion Ful-
enwider, individually and as co-partners
d/b/a Easy Glitter Wax Co., Appellants,

v.

Elmer WHEELER, Appellee.

No. 17878.

United States Court of Appeals
Fifth Circuit.

Oct. 30, 1959.

Walter Humkey, Phillip W. Knight,
Miami, Fla., Fowler, White, Gillen,
Humkey & Trenam, Miami, Fla., of
counsel, for appellants.

Don G. Nicholson, Henry M. Sinclair,
Miami, Fla., for appellee.

Before RIVES, Chief Judge, and
TUTTLE and BROWN, Circuit Judges.

PER CURIAM.

Upon the remand of the judgment of
this Court in the prior appeal of the
Fulenwiders from the judgment denying
their motion to vacate the judgment in
favor of Wheeler, Fulenwider v. Wheeler,
5 Cir., 262 F.2d 97, the appellants filed a
second motion to vacate the judgment.
This motion, filed on March 11, 1959,
was predicated on the same "facts and
claims" as had been asserted in the orig-
inal motion. Before the entry of an or-
der on this second motion the Fulen-
widers filed, on March 27, 1959, what
they denominated an "independent pro-
ceeding" seeking to set aside the judg-
ment. They here state: "It is conceded
that the same facts and claims were as-
serted as had been asserted on all previ-
ous occasions."

The trial court, on May 19, 1959,
entered an order dismissing this action
with prejudice. In view of the then
pendency of the motion seeking the same
relief, and in view of appellants' conten-
tion here that the "independent proceed-
ing" was in fact ancillary to and a part
of the principal case, this order was not
erroneous. It is affirmed.

The trial court thereafter en-
tered a final order denying the March

11th motion to vacate "with prejudice." This concluded the merits of the appellants' contention that they should have a new trial on the basis of alleged false testimony which was fully discussed in the earlier opinion of this Court. Disposing of the appeal from that order on the merits, the judgment is affirmed. See 262 F.2d 97. The mandate shall issue forthwith and the stay heretofore entered is dissolved.

Affirmed.